**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**COLUMBUS DIVISION**

| | |
|---|---|
| In the matter of | |
| | Case No. **05-65740** |
| **DIANA WILSON** | |
| | Chapter 7 |
| Debtor(s) | |
| | Judge **JOHN E. HOFFMAN** |

**NOTICE TO THE CLERK OF SMALL DIVIDENDS**
**AND UNCLAIMED DIVIDENDS**

## TO THE CLERK OF THE COURT

The attached check in the amount of $ 1,053.99 represents the total sum of unclaimed and/or small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

| Name of Claimant | Claim no. | Amount of Claim |
|---|---|---|
| Sherman Acquisitions LP | 6 | $250.99 |
| c/o Risk Management Alternatives | | |
| PO Box 105324 | | |
| Atlanta, GA  30348-5324 | | |
| | | |
| Transohio Savings Bank | 3 | $803.00 |
| 7050 Broadway Ave. | | |
| Cleveland, OH  44105 | | |

Dated:      9/29/2006               /s/ SUSAN L. RHIEL
                                    _____
                                    Susan L. Rhiel, Trustee

cc: U.S. Trustee